UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA TILLMAN,<br>Plaintiff,<br>v.<br>MUTUAL OF OMAHA INSURANCE COMPANY,<br>Defendant. | No. 2:26-cv-00025-SCR<br><br>ORDER GRANTING REQUEST TO AMEND SCHEDULING ORDER |

The parties have filed a Stipulation and Proposed Order (ECF No. 26) seeking to amend the Court's Scheduling Order (ECF No. 20). The Court's scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Finding good cause, the parties' stipulation will be granted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Pretrial Scheduling Order (ECF No. 20) is modified to extend the following deadlines:

**Non-expert discovery completion:** February 11, 2027 (from November 13, 2026). Motions to compel non-expert discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard no later than January 8, 2027.

**Expert disclosures:** March 5, 2027 (from December 4, 2026)

**Rebuttal expert disclosures:** April 13, 2027 (from January 13, 2027)

**Expert discovery completion:** May 13, 2027 (from February 12, 2027)

**Dispositive motions:** May 24, 2027 (from February 23, 2027)

**Trial:** March 7, 2028 (from July 13, 2027):

2. All other provisions of the Pretrial Scheduling Order remain in full force and effect.

**IT IS SO ORDERED**.

DATED: September 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE